UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>            Plaintiff,<br><br>      v.<br><br>DISCOVER FINANCIAL SERVICES LLC,<br><br>            Defendant. | D.C. Case No.  13-cv-01898-JCS<br><br>Court of Appeals Case No. 13-16244<br><br>**CERTIFICATION THAT APPEAL IS FRIVOLOUS** |

The Court is in receipt of a referral from the Ninth Circuit Court of Appeals relating to Plaintiff's *in forma pauperis* status on appeal.  Plaintiff in this action alleged only conclusory legal opinions.  Although the Court gave Plaintiff an opportunity to amend and instructed her as to the deficiencies in her original complaint, *see* Docket No. 7*,* Plaintiff's amended complaint again did not allege any specific facts.  Having failed to allege sufficient facts to satisfy Rule 8 of the Federal Rules of Civil Procedure in this Court, the Court certifies that Plaintiff's appeal is frivolous.  Accordingly, Plaintiff's *in forma pauperis* status on appeal should be revoked pursuant to 28 U.S.C. § 1915(a)(3).

Dated:   July 8, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge